06/12/15

United States District Court
Northern District of Illinois

Notification of Party Contact Information

**Directions**: This form must be attached to a motion to withdraw from a case when no other attorney of record has been noted on the docket. A completed form must be electronically filed as an attachment to the motion to withdraw. The address and telephone number of your client must be completed on this form to enable the Court to contact your client in the future if the motion to withdraw is granted.

**Case Number**: 1:15-cv-00730

**Case Title**: Darheatus Lloyd v. Abbott Laboratories, Inc. and AbbVie, Inc.

**Judge**: Honorable Matthew F. Kennelly

**Name of Attorney submitting the motion to withdraw**:
Stephen Blackburn

**Name of Client**:
Dartheatus Lloyd

**Mailing address of Client**: 21790 Jean Street

**City:** Perris                               **State:** CA

**Zip:** 92570                                 **Telephone Number:** (323)732-9236

**I attest that the above information is true and correct to the best of my knowledge.**

**Signed:** /s/ Stephen Blackburn

**Date:** August 7, 2015