IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |  | |
|---|---|---|---|
| Darheatus Lloyd, | ) | | |
|     Plaintiff, | ) | | |
| | ) | | |
| v. | ) | Case No. 15 C 730 | |
| | ) | | |
| Abbott Labs., Inc., et al., | ) | Judge: Kennelly | |
|     Defendants. | ) | | |

## ORDER

The Court grants defendants' motion to dismiss this case with prejudice [dkt. no. 10]. The motion discloses that plaintiff failed to provide a plaintiff's fact sheet as required by Case Management Order (CMO) 9 within the time required and still failed to do so after defense counsel served a warning letter as provided in CMO 9. Defendants then moved to dismiss due to plaintiff's noncompliance, pursuant to CMO 9. The Court thereafter granted plaintiff's attorney leave to withdraw because plaintiff was no longer communicating with him. The Court added plaintiff's last known address to the docket and entered an order directing him to respond to the motion to dismiss by 9/10/2015. Plaintiff has failed to do so and has not sought an extension of time. The Court therefore grants the motion and directs the Clerk to enter judgment dismissing this case with prejudice. Application to appear pro hac vice is terminated [dkt. no. 11].

_____
MATTHEW F. KENNELLY
United States District Judge

Date: 9/21/2015